# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Fashing, Laura N. | **2. Court or Organization**<br><br>U.S. District Court, District of New Mexico | **3. Date of Report**<br><br>01/27/2021 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge, full-time | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>333 Lomas Blvd. NW, Suite 680<br>Albuquerque, NM 87102 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary/Treasurer | Undaunted Carnival Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fashing, Laura N. | 01/27/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | self-employed physician |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fashing, Laura N.** | 01/27/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Ironstone Bank | Mortgage on Commercial Property | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fashing, Laura N.** | 01/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Commercial Property, Albuquerque, NM | E | Rent | N | W | | | | | |
| 2. IRA Contributory Acct (H) | | | | | | | | | |
| 3. - American Beacon Frontier Mkts Incm Y (formerlyAmerican Beacon Glbl) | A | Dividend | J | T | | | | | |
| 4. - American Fd Amcap Fund | A | Dividend | J | T | | | | | |
| 5. - Elements International Port | A | Dividend | J | T | | | | | |
| 6. - Elements US Port | A | Dividend | J | T | Buy (add'l) | 07/17/19 | J | | |
| 7. - Hennessy Cornerstone Mid | | None | J | T | | | | | |
| 8. - Stone Ridge All Asset | | None | | | Sold | 07/16/19 | J | A | |
| 9. Investment Acct #1 (H) | | | | | | | | | |
| 10. - Schwab Bank Sweep | A | Interest | J | T | | | | | |
| 11. - American Beacon Frontier Mkts Incm Y (formerly American Beacon Glbl) | A | Dividend | J | T | | | | | |
| 12. - Crossingbridge Low Dur High Yield Inst | A | Dividend | J | T | Buy (add'l) | 12/24/19 | J | | |
| 13. - Doubleline Total Return | A | Dividend | J | T | | | | | |
| 14. - Robinson Tax Advantaged Incm Fd Inst | A | Dividend | J | T | | | | | |
| 15. - Voya Securitized Credit I | A | Dividend | J | T | | | | | |
| 16. - AMG Yacktman Fd I (formerly AMG Yacktman Fd Svc) | A | Dividend | J | T | | | | | |
| 17. - Artisan Intl Fund Inv | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fashing, Laura N.** | 01/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Carillon Eagle Mid Cap | A | Dividend | J | T | | | | | |
| 19. - Dodge & Cox Intl Stock Fund | A | Dividend | J | T | | | | | |
| 20. - Elements Emerging Mkts Port | A | Dividend | J | T | | | | | |
| 21. - Elements International Small Cap Port | | None | | | Sold | 10/08/19 | J | A | |
| 22. - Elements US Port | | None | | | Buy | 05/06/19 | J | | |
| 23. | | | | | Buy (add'l) | 07/18/19 | J | | |
| 24. | | | | | Sold | 10/15/19 | J | A | |
| 25. - Elements US Small Cap Port | A | Dividend | J | T | | | | | |
| 26. - Fidelity Contra Fund | A | Dividend | J | T | | | | | |
| 27. - FMI Large Cap Fund Inst | A | Dividend | J | T | | | | | |
| 28. - Hennessy Cornerstone Mid | | None | J | T | | | | | |
| 29. - Stone Ridge All Asset Variance Risk Prem Com Cl | | None | | | Sold | 07/16/19 | J | A | |
| 30. - Vanguard FTSE All World Ex US Sm Cap Index Fd | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 31. - Vanguard 500 Index Fd | A | Dividend | J | T | Buy | 10/15/19 | J | | |
| 32. Investment Acct #2 (H) | | | | | | | | | |
| 33. - Schwab Bank Sweep (X) | A | Interest | J | T | | | | | |
| 34. - Doubleline Total Return | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fashing, Laura N. | 01/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | - Robinson Tax Advantaged Incm Fd Inst | A | Dividend | J | T | | | | | |
| 36. | - Voya Securitized Credit | A | Dividend | J | T | | | | | |
| 37. | - American Beacon Bridgeway Lg Cap Value Y | A | Dividend | J | T | | | | | |
| 38. | - Artisan Intl Fund Adv | A | Dividend | J | T | | | | | |
| 39. | - Dodge & Cox Intl Stock Fund | A | Dividend | J | T | Sold (part) | 04/17/19 | J | A | |
| 40. | - Doubleline Strategic Commodity Fd I | A | Dividend | J | T | | | | | |
| 41. | - Elements Emerging Mkts Port | | None | | | Sold | 10/09/19 | J | A | |
| 42. | - Elements International Small Cap Port | | None | | | Sold | 10/08/19 | J | A | |
| 43. | - Elements US Port | A | Dividend | J | T | Buy | 01/15/19 | J | | |
| 44. | - Elements US Small Cap Port | A | Dividend | J | T | | | | | |
| 45. | - Fidelity Contra Fund | A | Dividend | K | T | | | | | |
| 46. | - FMI Large Cap Fund Inst | A | Dividend | J | T | | | | | |
| 47. | - Glenmede Secured Options Inst | | None | | | Sold | 01/14/19 | J | A | |
| 48. | - Goldman Sachs MLP Energy Infrasture Inst | A | Dividend | J | T | | | | | |
| 49. | - JPMorgan Mid Cap Value Inst | A | Dividend | J | T | | | | | |
| 50. | - Stone Ridge All Asset Variance Risk Prem Com Cl | | None | | | Sold | 07/16/19 | J | A | |
| 51. | - Vanguard Emrg Mkts Stk Index Fd | A | Dividend | J | T | Buy | 10/09/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fashing, Laura N.** | 01/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - Vanguard FTSE All World Es US Sm Cap Index Fd | A | Dividend | J | T | Buy | 10/08/19 | J | | |
| 53. IRA Rollover Acct (H) | | | | | | | | | |
| 54. - American Beacon Frontier Mkts Incm Y (formerly American Beacon Glbl) | A | Dividend | J | T | | | | | |
| 55. - Doubleline Total Return Bd Fd Cl 1 | A | Dividend | J | T | | | | | |
| 56. - Pimco Total Return Fund Instl Cl | A | Dividend | J | T | | | | | |
| 57. - Robinson Tax Advantaged Incm Fd Inst | A | Dividend | J | T | | | | | |
| 58. - Doubleline Strategic Commodity Fd I | A | Dividend | J | T | | | | | |
| 59. - Elements Emerging Mkts Port | A | Dividend | J | T | | | | | |
| 60. - Elements International Port | A | Dividend | J | T | | | | | |
| 61. - Elements International Small Cap Port | A | Dividend | J | T | | | | | |
| 62. - Elements US Port | B | Dividend | L | T | Buy (add'l) | 01/16/19 | J | | |
| 63. | | | | | Buy (add'l) | 07/18/19 | J | | |
| 64. - Elements US Small Cap Port | A | Dividend | J | T | | | | | |
| 65. - Glenmede Secured Options Inst | | None | | | Sold | 01/15/19 | J | A | |
| 66. - Longleaf Partners Small Cap Fund | A | Dividend | J | T | | | | | |
| 67. - Stone Ridge All Asset Variance Risk Prem Com Cl | | None | | | Sold | 07/15/19 | J | A | |
| 68. Inherited IRA (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fashing, Laura N.** | 01/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - Schwab Bank Sweep (X) | A | Interest | J | T | | | | | |
| 70. - Doubleline Total Return Fd Fd Cl 1 | A | Dividend | J | T | | | | | |
| 71. - Robinson Tax Advantaged Incm Fd Inst | A | Dividend | J | T | | | | | |
| 72. - American Fd Amcap Fund F1 | A | Dividend | J | T | | | | | |
| 73. - Artisan Intl Fund Inv | A | Dividend | J | T | | | | | |
| 74. - Doubleline Strategic Commodity Fd I | A | Dividend | J | T | | | | | |
| 75. - Elements International Port | A | Dividend | J | T | | | | | |
| 76. - Elements US Port | A | Dividend | J | T | | | | | |
| 77. - Elements US Small Cap Port | A | Dividend | J | T | | | | | |
| 78. - Stone Ridge All Asset Variance Risk Prem Com Cl | | None | | | Sold | 07/16/19 | J | A | |
| 79. Simple IRA (H) | | | | | | | | | |
| 80. - Schwab Bank Sweep | A | Interest | J | T | | | | | |
| 81. - Angel Oak Multi Strategy Incm Fd Instl | A | Dividend | | | Sold | 08/28/19 | J | A | |
| 82. - Calvert Bond Fd A | A | Dividend | | | Sold | 12/02/19 | J | A | |
| 83. - Calvert Ultra Short Duration Incm I | A | Dividend | J | T | Buy | 12/03/19 | J | | |
| 84. - CRA Qualified Investment Instl | A | Dividend | J | T | Buy | 08/29/19 | J | | |
| 85. | | | | | Buy<br>(add'l) | 12/03/19 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fashing, Laura N.** | 01/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.    - Domini Impact Bond Fund | A | Dividend | | | Sold | 12/02/19 | J | A | |
| 87.    - Doubleline Total Return Bd Fd Cl 1 | A | Dividend | | | Buy<br>(add'l) | 07/17/19 | J | | |
| 88. | | | | | Sold | 12/02/19 | J | A | |
| 89.    - Guggenheim Macro Oppty Inst | | None | | | Sold | 08/28/19 | J | A | |
| 90.    - Robinson Tax Advantaged Incm Fd Inst | A | Dividend | K | T | | | | | |
| 91.    - Stone Ridge Alt Lending Risk Premium<br>Inst | A | Dividend | J | T | Sold<br>(part) | 03/15/19 | J | A | |
| 92. | | | | | Sold<br>(part) | 06/14/19 | J | A | |
| 93. | | | | | Sold<br>(part) | 09/13/19 | J | A | |
| 94. | | | | | Sold<br>(part) | 12/06/19 | J | A | |
| 95.    - Tortoise Tax Advantaged Social Infra Fd<br>Inst | A | Dividend | J | T | Buy | 12/03/19 | J | | |
| 96.    - Zeo Sustainable Credit Fd I | A | Dividend | J | T | Buy | 12/03/19 | J | | |
| 97. | | | | | Buy<br>(add'l) | 12/11/19 | J | | |
| 98.    - Allianz GI Gbl Water Fd Cl Inst | A | Dividend | J | T | | | | | |
| 99.    - Calvert Emrg Mkts Eqty I | A | Dividend | J | T | | | | | |
| 100.   - Calvert Equity Fd A | B | Dividend | K | T | | | | | |
| 101.   - Calvert Intl Oppty Fd I | A | Dividend | J | T | | | | | |
| 102.   - Domini Impact Intl Eqty Inv | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Fashing, Laura N. | 01/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. - Essex Environmental Oppty Fd Instl | A | Dividend | J | T | | | | | |
| 104. - Glenmede Secured Options Inst. | | None | | | Sold | 01/14/19 | J | A | |
| 105. - Parnassus Core Eqty Fd Inst | D | Dividend | L | T | Buy (add'l) | 01/15/19 | J | | |
| 106. | | | | | Buy (add'l) | 07/17/19 | J | | |
| 107. - PAX ESG Beta Quality Fd | A | Dividend | J | T | | | | | |
| 108. - Riverpark Floating Rate Cmbs Fd Inst | | None | | | Buy | 03/20/19 | J | | |
| 109. | | | | | Sold | 12/02/19 | J | A | |
| 110. - Stone Ridge All Asset Variance Risk Prem Com Cl | | None | | | Sold | 07/12/19 | J | A | |
| 111. - Stone Ridge Reinsurance Risk Prem Interval | A | Dividend | J | T | Sold (part) | 05/24/19 | J | A | |
| 112. | | | | | Sold (part) | 08/23/19 | J | A | |
| 113. | | | | | Sold (part) | 11/22/19 | J | A | |
| 114. - Touchstone Sustainability & Impact Eqty A | A | Dividend | K | T | | | | | |
| 115. - Walden Small Cap Fd | A | Dividend | J | T | | | | | |
| 116. Investment Acct #3 (H) | | | | | | | | | |
| 117. - Schwab Markettrack All Equity | A | Int./Div. | J | T | | | | | |
| 118. UNM Rollover IRA (H) | | | | | | | | | |
| 119. - Schwab Bank Sweep (X) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fashing, Laura N. | 01/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Calvert Bond Fd A | A | Dividend | | | Sold | 12/02/19 | J | A | |
| 121.  - Calvert Ultra Short Duration Incm I | A | Dividend | J | T | Buy | 12/03/19 | J | | |
| 122.  - CRA Qualified Investment Instl | A | Dividend | J | T | Buy | 12/03/19 | J | | |
| 123.  - Domini Impact Bond Fund | A | Dividend | | | Sold | 12/02/19 | J | A | |
| 124.  - Doubleline Total Return Bd Fd Cl I | A | Dividend | | | Buy | 07/17/19 | J | | |
| 125. | | | | | Sold | 12/02/19 | J | A | |
| 126.  - Guggenheim Macro Oppty Inst | A | Dividend | J | T | | | | | |
| 127.  - Robinson Tax Advantaged Incm Fd Inst | A | Dividend | J | T | | | | | |
| 128.  - Tortoise Tax Advantaged Social Infra Fd Inst | A | Dividend | J | T | Buy | 12/03/19 | J | | |
| 129.  - Voya Securitized Credit | A | Dividend | | | Sold | 12/02/19 | J | A | |
| 130.  - Zeo Sustainable Credit Fd I | A | Dividend | J | T | Buy | 12/03/19 | J | | |
| 131.  - Allianz GI Gbl Water Fd Cl Inst | A | Dividend | J | T | | | | | |
| 132.  - Calvert Emrg Mkts Eqty I | A | Dividend | J | T | | | | | |
| 133.  - Calvert Equity Fd A | A | Dividend | K | T | | | | | |
| 134.  - Calvert Intl Oppty Fd I | A | Dividend | J | T | | | | | |
| 135.  - Domini Impact Intl Eqty Inv | A | Dividend | K | T | | | | | |
| 136.  - Essex Environmental Oppty Fd Instl | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fashing, Laura N. | 01/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.   - Glenmede Secured Options Inst | | None | | | Sold | 01/14/19 | J | A | |
| 138.   - Parnassus Core Eqty Fd Inst | C | Dividend | L | T | Buy<br>(add'l) | 01/15/19 | J | | |
| 139. | | | | | Buy<br>(add'l) | 07/17/19 | J | | |
| 140.   - PAX ESG Beta Quality Fd | A | Dividend | J | T | | | | | |
| 141.   - Stone Ridge All Asset Variance Risk Prem<br>Com Cl | | None | | | Sold | 07/16/19 | J | A | |
| 142.   - Stone Ridge Reinsurance Risk Prem<br>Interval | A | Dividend | J | T | Sold<br>(part) | 05/29/19 | J | A | |
| 143. | | | | | Sold<br>(part) | 08/28/19 | J | A | |
| 144. | | | | | Sold<br>(part) | 11/26/19 | J | A | |
| 145.   - Touchstone Global (formerly Touchstone<br>Sustainability&Impact Eqty A) | A | Dividend | K | T | | | | | |
| 146.   - Walden Small Cap Fd | A | Dividend | J | T | | | | | |
| 147.  SEP-IRA (H) | | | | | | | | | |
| 148.   - Doubleline Total Return Bd Fd Cl I | A | Dividend | J | T | Buy | 03/13/19 | J | | |
| 149.   - Allianz GI Gbl Water Fd Cl Inst | A | Dividend | J | T | Buy | 03/13/19 | J | | |
| 150.   - Calvert Intl Oppty Fd I | A | Dividend | J | T | Buy | 03/13/19 | J | | |
| 151.   - Domini Impact Intl Eqty Inv | A | Dividend | J | T | Buy | 03/13/19 | J | | |
| 152.   - Essex Environmental Oppty Fd Instl | | None | J | T | Buy | 03/13/19 | J | | |
| 153.   - Parnassus Core Eqty Fd Inst | A | Dividend | J | T | Buy | 03/13/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fashing, Laura N.** | 01/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  - Walden Small Cap Fd | A | Dividend | J | T | Buy | 03/13/19 | J | | |
| 155.  401(k) (H) | | | | | | | | | |
| 156.  - Schwab Cash deposit | | None | K | T | Buy | 12/31/19 | K | | |
| 157.  USAA Bank Accts | A | Interest | K | T | | | | | |
| 158.  Bank of the West Bank Accts | A | Interest | L | T | | | | | |
| 159.  USAA Precious Metals Investmt Fund #1 | | None | J | T | Sold<br>(part) | 08/06/19 | J | A | |
| 160. | | | | | Sold<br>(part) | 08/09/19 | J | A | |
| 161. | | | | | Sold<br>(part) | 12/30/19 | J | A | |
| 162. | | | | | Sold<br>(part) | 12/31/19 | J | A | |
| 163.  USAA Precious Metals Investmt Fund #2 | | None | J | T | | | | | |
| 164.  The Education Plan, Index Age Based<br>Portfolio 50 | | None | | | Sold | 08/02/19 | L | A | |
| 165.  The Education Plan, 2024-2025 Portfolio | | None | L | T | Buy | 08/02/19 | L | | |
| 166.  The Education Plan, Index Low Duration<br>Fixed Income | | None | | | Sold<br>(part) | 07/03/19 | J | A | |
| 167. | | | | | Sold | 07/08/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

At Part VII, line 147, I added information regarding a SEP-IRA account.  This account was opened in 2019, and all of the assets in it were acquired in March 2019.  As a result, it was not reported in my prior reports.

At Part VII, line 155, I added information regarding a 401(k) account.  This account was opened at the end of 2019.  As a result, it was not reported in my prior reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Fashing, Laura N. | 01/27/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laura N. Fashing**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544